OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Whitten, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

The State of Ohio, Appellant and Cross-Appellee, v. Henderson,
Appellee and Cross-Appellant.
[Cite as State v. Henderson (1993),    Ohio St.3d    .]
Appeal and cross-appeal dismissed as improvidently allowed.
     (No. 92-1004 -- Submitted April 6, 1993 -- Decided May 12,
1993.)
     Appeal and Cross-Appeal from the Court of Appeals for
Cuyahoga County, No. 58560.

     Stephanie Tubbs Jones, Cuyahoga County Prosecuting
Attorney, and George Rukovena, Assistant Prosecuting Attorney,
for appellant and cross-appellee.
     Hyman Friedman, Cuyahoga County Public Defender, and
Beverly J. Pyle, Assistant Public Defender, for appellee and
cross-appellant.

     The appeal and cross-appeal are dismissed, sua sponte, as
having been improvidently allowed.
     A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and
Pfeifer, JJ., concur.
     Moyer, C.J., dissents, and would affirm on the issue of
murder, but would reverse on the issue of forgery and tampering
with records.